UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT J. WALFORD,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　CASE NO. 6:09-cv-1298-Orl-19GJK
　　　　　　　　　　　　　　　　　　　　　　　　　(6:07-cr-45-Orl-19GJK)
UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 12, filed May 6, 2010) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this __12th__ day of May, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/12

---

[1] Petitioner's Notice of Appeal (Doc. No. 20) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Counsel of Record
Scott J. Walford