UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT J. WALFORD,

    Petitioner,

v.                                                 CASE NO. 6:09-cv-1298-Orl-19GJK
                                                      (6:07-cr-45-Orl-19GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 15, filed May 18, 2010) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE AND ORDERED** in Orlando, Florida, this __21st__ day of May, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/21
Counsel of Record