UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT J. WALFORD,

    Petitioner,

v.                                    CASE NO. 6:09-cv-1298-Orl-19GJK

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

This case is before the Court on the following motions:

1. Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 17, filed June 14, 2010) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2. Petitioner's Application for a Certificate of Appealability (Doc. No. 18, filed June 14, 2010) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this  17th   day of June, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 6/17
Counsel of Record
Scott J. Walford